PLAVE KOCH PLC
James C. Rubinger (*pro hac vice*)
jrubinger@plavekoch.com
Benjamim B. Reed (*pro hac vice*)
breed@plavekoch.com
3120 Fairview Park Drive, Suite 420
Falls Church, VA 22042
T: (703) 774-1200 | F: (703) 774-1201

HAYNES AND BOONE, LLP
Elizabeth M. Weldon/Bar No. 223452
Elizabeth.Weldon@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
T: (949) 202-3000 | F: (949) 202-3001

Attorneys for Defendant
EINSTEIN BROS. BAGELS FRANCHISE CORPORATION, INC.

*[ADDITIONAL COUNSEL ON NEXT PAGE]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BAGEL GENIUS, INC., a California corporation; SUPERWINGS, INC., a California corporation; WALEED MANSOUR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EINSTEIN BROS. BAGELS FRANCHISE CORPORATION, INC., a Colorado corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10632 JAK (PDx)<br><br>Assigned to Hon. John A. Kronstadt U.S. District Judge<br><br>**JOINT REPORT REGARDING AGREED UPON PRIVATE NEUTRAL** |

RESOLUTE, APC
Jessica S. Pliner/Bar No. 261976
Jessica@resoluteapc.com
Eleno Nunez Gonzalez/Bar No. 332555
Eleno@resoluteapc.com
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
T: (415) 843-5487

Attorneys for Plaintiffs
BAGEL GENIUS, INC.
SUPERWINGS, INC.
WALEED MANSOUR

Plaintiffs Bagel Genius, Inc., Superwings, Inc., and Waleed Mansour (collectively, "Plaintiffs") and Defendant Einstein Bros. Bagels Franchise Corporation, Inc. ("Einstein"), through their respective counsel of record, hereby submit this Joint Report Regarding Agreed Upon Private Neutral, as required by this Court's Order Setting Pretrial Deadlines, dated February 11, 2026 (Dkt. No. 28):

Plaintiffs and Einstein agree to utilize attorney Charles S. Modell, https://www.larkinhoffman.com/charles-s-modell, as the mediator in this action.

Date: May 11, 2026 HAYNES AND BOONE, LLP

By: /s/ *Elizabeth M. Weldon*
Elizabeth M. Weldon
Attorneys for Defendant EINSTEIN BROS. BAGELS FRANCHISE CORPORATION

Date: May 11, 2026 RESOLUTE, APC

By: /s/ *Jessica S. Pliner*
Jessica S. Pliner
Eleno Nunez Gonzalez
Attorneys for Plaintiffs BAGEL GENIUS, INC., SUPERWINGS, INC., and WALEED MANSOUR

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: May 11, 2026

HAYNES AND BOONE, LLP

By: */s/ Elizabeth M. Weldon*
Elizabeth M. Weldon
Attorneys for Defendant
EINSTEIN BROS. BAGELS
FRANCHISE CORPORATION